<b><u>IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u></b>

| | |
|---|---|
| IN RE: Patricia Ann Anderegg<br>    aka Patricia A Anderegg<br>    William Matthew-Anderegg<br>    aka William M Anderegg<br><br>        **Debtors** | BK NO. 18-04741 JJT<br><br>Chapter 13 |

<b><u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u></b>

To the Clerk:

    Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

                               Respectfully submitted,

                               **/s/ James C. Warmbrodt, Esquire**
                               James C. Warmbrodt, Esquire
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA  19106
                               215-627-1322