In re:  
William Mathew- Anderegg  
Patricia Ann Anderegg  
    Debtors

Case No. 18-04741-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: TWilson     Page 1 of 1     Date Rcvd: Dec 18, 2018  
Form ID: ntcnfhrg     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.

```
db/jdb      +William Mathew- Anderegg,   Patricia Ann Anderegg,   1187 Round Top Road,
             Wellsboro, PA 16901-6984
5129030     +Bayview Loan Services,   P.O. Box 650091,   Dallas, TX 75265-0091
5129031     +Guthrie Medical Group,   1 Guthrie Square,   Attn: Business Office,   Sayre, Pa 18840-1699
5129036     +Susquehanna Health,   P.O. Box 64058,   Baltimore, MD 21264-4058
5129037     +The Law Office of Burr & Reid,   P.O. Box 2308,   Binghamton, NY 13902-2308
5129038     +The Law Offices of Burr & Reid,   P.O. Box 2308,   Binghamton, NY 13902-2308
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5129032     +E-mail/Text: bnc-capio@quantum3group.com Dec 18 2018 19:26:59    Mba Law Offices/capio,
             3400 Texoma Pkwy Ste 100,   Sherman, TX 75090-1916
5138136      E-mail/PDF: cbp@onemainfinancial.com Dec 18 2018 19:35:59    ONEMAIN,   P.O. BOX 3251,
             EVANSVILLE, IN 47731-3251
5129033     +E-mail/PDF: cbp@onemainfinancial.com Dec 18 2018 19:34:48    One Main Financial,
             66 Plaza Lane,   Wellsboro, PA 16901-1766
5129034     +E-mail/PDF: cbp@onemainfinancial.com Dec 18 2018 19:34:49    Onemain,   Po Box 1010,
             Evansville, IN 47706-1010
5129327     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2018 19:35:33
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5129035     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2018 19:35:33
             Portfolio Recov Assoc,   P.O. Box 12914,   Norfolk, VA 23541-0914
5134571      E-mail/Text: bnc-quantum@quantum3group.com Dec 18 2018 19:26:53
             Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                            TOTAL: 7
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          John Francis Murphy    on behalf of Debtor 2 Patricia Ann Anderegg murphlaw@epix.net
          John Francis Murphy    on behalf of Debtor 1 William Mathew- Anderegg murphlaw@epix.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William Mathew– Anderegg,<br>aka William M Anderegg,<br>**Debtor 1** | Chapter 13<br>Case No. 4:18–bk–04741–JJT |
| Patricia Ann Anderegg,<br>aka Patricia A Anderegg,<br>**Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **March 8, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street,<br>Williamsport, PA 17701 | Date: March 15, 2019<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes–Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570–831–2500/717–901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 18, 2018 |

ntcnfhrg (03/18)