```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 18-04741-RNO
William Mathew- Anderegg                                      Chapter 13
Patricia Ann Anderegg
         Debtors                CERTIFICATE OF NOTICE
District/off: 0314-4        User: TWilson          Page 1 of 1        Date Rcvd: Mar 15, 2019
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5138136        E-mail/PDF: cbp@onemainfinancial.com Mar 15 2019 19:08:15      ONEMAIN,   P.O. BOX 3251,
                  EVANSVILLE, IN 47731-3251
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              John Francis Murphy   on behalf of Debtor 2 Patricia Ann Anderegg murphlaw@epix.net
              John Francis Murphy   on behalf of Debtor 1 William Mathew- Anderegg murphlaw@epix.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| WILLIAM MATHEW ANDEREGG | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 4-18-bk-04741 RNO |
| PATRICIA ANN ANDEREGG | | |
| | Document No.: | 19 |
| Debtor 2 | | |
| | Nature of Proceeding: | Objection Claim No. 2 |

## ORDER

After due consideration of the Debtors' Objection to Proof of Claim No. 2 of One Main Financial Group, LLC, after hearing held on March 15, 2019, it is

ORDERED that the Debtors' Objection is SUSTAINED and Proof of Claim No. 2 of One Main Financial Group, LLC is allowed only as a general unsecured claim.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

March 15, 2019