```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 18-04741-RNO
William Mathew- Anderegg                                    Chapter 13
Patricia Ann Anderegg
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-4          User: TWilson           Page 1 of 1           Date Rcvd: May 10, 2019
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db/jdb         +William Mathew- Anderegg,    Patricia Ann Anderegg,    1187 Round Top Road,
                Wellsboro, PA 16901-6984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkecfinbox@aldridgepite.com,   JSpears@ecf.courtdrive.com
              John Francis Murphy    on behalf of Debtor 2 Patricia Ann Anderegg murphlaw@epix.net
              John Francis Murphy    on behalf of Debtor 1 William Mathew- Anderegg murphlaw@epix.net
              Peter E Meltzer    on behalf of Creditor    OneMain Financial Group bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re | Chapter 13 |
| --- | --- |
| WILLIAM ANDEREGG<br>PATRICIA ANDEREGG<br>      Debtors | Bankruptcy Case<br>No. 4:18-bk-04741-RNO |
| OneMain Financial Group, LLC<br>      Movant | |
| William Anderegg<br>Patricia Anderegg<br><br>      Respondent | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, upon consideration of the Motion of OneMain Financial Group, LLC ("Movant") for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(d)(1), it is

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to sell that certain 2008 Mercury Mariner, upon which Movant has a security interest, which has been turned over to the Movant by the Debtor.

Dated: May 9, 2019      By the Court,

*Robert N. Opel II* (signature)
Robert N. Opel, II, Chief Bankruptcy Judge (BI)