United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
William Mathew- Anderegg  
Patricia Ann Anderegg  
    Debtors

Case No. 18-04741-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 10, 2022      Form ID: fnldecnd      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Mathew- Anderegg, Patricia Ann Anderegg, 1187 Round Top Road, Wellsboro, PA 16901-6984 |
| 5129030 | + | Bayview Loan Services, P.O. Box 650091, Dallas, TX 75265-0091 |
| 5129031 | + | Guthrie Medical Group, 1 Guthrie Square, Attn: Business Office, Sayre, Pa 18840-1699 |
| 5143274 | | Guthrie Medical Group, P.C., c/o Burr & Reid, LLP, 400 Plaza Drive, PO Box 2308, Binghamton, NY 13902-2308 |
| 5129036 | + | Susquehanna Health, P.O. Box 64058, Baltimore, MD 21264-4058 |
| 5129037 | + | The Law Office of Burr & Reid, P.O. Box 2308, Binghamton, NY 13902-2308 |
| 5129038 | + | The Law Offices of Burr & Reid, P.O. Box 2308, Binghamton, NY 13902-2308 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: cbp@onemainfinancial.com | Feb 10 2022 18:49:08 | OneMain Financial Group, PO BOX 3251, Evansville, IN 47731-3251 |
| 5151529 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 10 2022 18:44:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 5368263 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 10 2022 18:44:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 5368262 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 10 2022 18:44:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 5151616 | + | Email/Text: murphlaw@epix.net | Feb 10 2022 18:44:00 | John F. Murphy, Esquire, 16 Pearl Street, P.O. Box 741, Wellsboro, PA 16901-0741 |
| 5129032 | + | Email/Text: bnc-capio@quantum3group.com | Feb 10 2022 18:44:00 | Mba Law Offices/capio, 3400 Texoma Pkwy Ste 100, Sherman, TX 75090-1916 |
| 5138136 | | Email/PDF: cbp@onemainfinancial.com | Feb 10 2022 18:48:48 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5129033 | + | Email/PDF: cbp@onemainfinancial.com | Feb 10 2022 18:49:01 | One Main Financial, 66 Plaza Lane, Wellsboro, PA 16901-1766 |
| 5129034 | + | Email/PDF: cbp@onemainfinancial.com | Feb 10 2022 18:49:08 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5151272 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2022 18:48:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5129327 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 10 2022 18:49:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5147030 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2022 18:49:02 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

| | | | | |
|---|---|---|---|---|
| 5129035 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | 29603-0587 |
| | | | Feb 10 2022 18:48:48 | Portfolio Recov Assoc, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 5134571 | | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2022 18:44:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Janet M. Spears | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| John Francis Murphy | on behalf of Debtor 2 Patricia Ann Anderegg murphlaw@epix.net |
| John Francis Murphy | on behalf of Debtor 1 William Mathew- Anderegg murphlaw@epix.net |
| Peter E Meltzer | on behalf of Creditor OneMain Financial Group bankruptcy@wglaw.com  ibernatski@wglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William Mathew– Anderegg,<br>aka William M Anderegg, | Chapter 13 |
| **Debtor 1** | Case No. 4:18–bk–04741–MJC |
| Patricia Ann Anderegg,<br>aka Patricia A Anderegg, | |
| **Debtor 2** | |

Social Security No.:
xxx–xx–6171    xxx–xx–8508

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **William Mathew– Anderegg and Patricia Ann Anderegg** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 10, 2022

**fnldec** (01/22)